**DISMISS and Opinion Filed April 19, 2023**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

No. 05-22-01198-CV
_____

**KWJC & ASSOCIATES, LTD., Appellant**
**V.**
**GWENDOLYN FRANKLIN HARLAN AND ALL OTHER OCCUPANTS,**
**Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04167-A**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Goldstein

The clerk's record in this case is overdue. On March 21, 2023, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification it had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


　　　　　　　　　　　　　　　　　/Bonnie Lee Goldstein/
　　　　　　　　　　　　　　　　　BONNIE LEE GOLDSTEIN
　　　　　　　　　　　　　　　　　JUSTICE


221198F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KWJC & ASSOCIATES, LTD.,
Appellant

No. 05-22-01198-CV     V.

GWENDOLYN FRANKLIN
HARLAN AND ALL OTHER
OCCUPANTS, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-22-04167-
A.
Opinion delivered by Justice
Goldstein. Justices Nowell and
Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered April 19, 2023